UNITED STATES DISTRICT COURT
DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

CASE NO.: _____

BRITTANY WRIGHT,

        Plaintiff,

v.

RADIO FARGO-MOORHEAD, INC.,

        Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**

**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff BRITTANY WRIGHT by and through her undersigned counsel, brings this Complaint against Defendant RADIO FARGO-MOORHEAD, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff BRITTANY WRIGHT ("Wright") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. §106, to copy and distribute Wright's original copyrighted Work of authorship.

2. Wright is a photographer and stylist who sees food as an art and an opportunity to do something creative. With a background in technology, she has combined her passions for both tech and food into running the Instagram account @wrightkitchen. Her art focuses on food culture, as well as its aesthetic and she showcases the beauty of locally produced foods. Wright has 198,000 followers on her Instagram account and has been featured on Oprah.com, Today.com, BusinessInsider.com and many more other press outlets.

3. Defendant RADIO FARGO-MOORHEAD, INC. ("Radio Fargo") owns and operates the radio station Big 98.7 (KTLA-FM), which is a Hot Adult Contemporary radio station serving the Fargo-Moorhead area. At all times relevant herein, Radio Fargo owned and operated the Facebook page "Big 98.7" located at the internet URL www.facebook.com/BIG987FM (the "Big 98.7 FB Page").

4. Defendant RADIO FARGO-MOORHEAD, INC. ("Radio Fargo") owns and operates the radio station Bob 95 FM (KDLB-FM), which is a New Country radio station serving the Fargo-Moorhead area. At all times relevant herein, Radio Fargo owned and operated the Facebook page "Bob 95 FM" located at the internet URL www.facebook.com/bob95fm (the "Bob 95 FM FB Page").

5. Collectively, the Big 98.7 FB Page and the Bob 95 FM FB Page are referred to as the Radio Fargo FB Pages.

6. Wright alleges that Radio Fargo copied Wright's copyrighted Work from the internet in order to advertise, market and promote its business activities. Radio Fargo committed the violations alleged in connection with its business for purposes of advertising and promoting sales to the public in the course and scope of the Radio Fargo's business.

## JURISDICTION AND VENUE

7. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

8. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

9. Radio Fargo is subject to personal jurisdiction in North Dakota.

10. Venue is proper in this district under 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Radio Fargo engaged in

infringement in this district, Radio Fargo resides in this district, and Radio Fargo is subject to personal jurisdiction in this district.

## DEFENDANT

11. Radio Fargo-Moorhead, Inc. is a North Dakota Corporation, with its principal place of business at 2720 7th Ave South, Fargo, ND, 58103, and can be served by serving its Registered Agent, James D. Ingstad, at the same address.

## THE COPYRIGHTED WORK AT ISSUE

12. In 2017, Wright created the photograph entitled "Banana Gradient," which is shown below and referred to herein as the "Work."



13. Wright registered the Work with the Register of Copyrights on January 23, 2018 as part of a book. The Group Registration was assigned registration number TX 8-554-416. The Certificate of Registration is attached hereto as **Exhibit 1**.

14. At all relevant times Wright was the owner of the copyrighted Work.

## INFRINGEMENT BY RADIO FARGO

15. Radio Fargo has never been licensed to use the Work for any purpose.

16. On a date after the Work at issue in this action was created, but prior to the filing of this action, Radio Fargo copied the Work.

17. On or about April 19, 2025, Wright discovered the unauthorized use of her Work on the Radio Fargo FB Pages, posted on January 28, 2021, and again on June 12, 2024.

18. Radio Fargo copied Wright's copyrighted Work without Wright's permission.

19. After Radio Fargo copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its radio-show business.

20. Radio Fargo copied and distributed Wright's copyrighted Work in connection with its business for purposes of advertising and promoting Radio Fargo's business, and in the course and scope of advertising and selling products and services.

21. Radio Fargo committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

22. Wright never gave Radio Fargo permission or authority to copy, distribute or display the Work for any purpose.

23. Wright notified Radio Fargo of the allegations set forth herein on August 1, 2025 and September 8, 2025. Radio Fargo failed to respond to any communications.

## COUNT I
## DIRECT COPYRIGHT INFRINGEMENT

24. Wright incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Wright owns a valid copyright in the Work.

26. Wright registered the Work with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. Radio Fargo copied, displayed, and distributed the Work and made derivatives of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

28. Radio Fargo performed the acts alleged in the course and scope of its business activities.

29. Radio Fargo's acts were willful.

30. Wright has been damaged.

31. The harm caused to Wright has been irreparable.

## COUNT II
## VICARIOUS COPYRIGHT INFRINGEMENT

32. Wright incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

33. Upon information and belief, a third party committed copyright infringement when they copied, displayed, and made derivatives of the Work.

34. Radio Fargo has a direct financial interest in the infringing material because it derives profits from the Website displaying the infringed Work.

35. Despite having the ability to stop the infringed Work from being displayed on its Website, Radio Fargo allowed the materials to remain up for display.

36. To the extent that the actions described above were performed by the third-party alone, Radio Fargo is vicariously liable for the unauthorized copying, display, distribution, and creation of derivative works of the Work without Wright's authorization in violation of 17 U.S.C. § 501.

37. Wright has been damaged.

38. The harm caused to Wright has been irreparable.

WHEREFORE, the Plaintiff BRITTANY WRIGHT prays for judgment against the Defendant RADIO FARGO-MOORHEAD, INC. that:

    a. Radio Fargo and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b. Radio Fargo be required to pay Wright her actual damages and Radio Fargo's profits attributable to the infringement, or, at Wright's election, statutory damages, as provided in 17 U.S.C. § 504;

    c. Wright be awarded her attorneys' fees and costs of suit under the applicable statutes sued upon;

    d. Wright be awarded pre- and post-judgment interest; and

    e. Wright be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Wright hereby demands a trial by jury of all issues so triable.

Dated:  December 31, 2025               Respectfully submitted,

*/s/  Rebecca A. Kornhauser*
REBECCA A. KORNHAUSER
rebecca.kornhauser@sriplaw.com

**SRIPLAW, P. A.**
41 Madison Avenue
25th Floor
New York, New York 10010
646.517.3534 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Brittany Wright*
